UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GLORIA LUCIANO,<br><br>                              Plaintiff,<br><br>    -against-<br><br>POLICE OFFICER ANGEL MENDEZ; POLICE OFFICER WHELAN; POLICE OFFICER GALLAGHER; POLICE OFFICER MAHONEY,<br><br>                              Defendants. | 25-CV-6731 (CS)<br><br>ORDER OF SERVICE |

CATHY SEIBEL, United States District Judge:

Plaintiff, who resides in Walden, New York, in Orange County, is appearing *pro se*. Plaintiff asserts claims, under 42 U.S.C. § 1983, for alleged violations of her constitutional rights during an incident that took place on August 18, 2024. The complaint could also be liberally construed as asserting claims arising under state law. By order dated August 18, 2025, the Court granted Plaintiff's request to proceed *in forma pauperis* ("IFP"), that is, without prepayment of fees.

## DISCUSSION

Because Plaintiff has been granted permission to proceed IFP, she is entitled to assistance from the Court and the U.S. Marshals Service to effect service.[1] *Walker v. Schult*, 717 F.3d. 119, 123 n.6 (2d Cir. 2013); *see also* 28 U.S.C. § 1915(d) ("The officers of the court shall issue and

---

[1] Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that a summons be served within 90 days of the date the complaint is filed, Plaintiff is proceeding IFP and could not have effected service until the Court reviewed the complaint and ordered that any summonses be issued. The Court therefore extends the time to serve until 90 days after the date any summonses issue.

serve all process . . . in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) (the court must order the Marshals Service to serve if the plaintiff is authorized to proceed IFP)).

To allow Plaintiff to effect service on Defendants Officer Angel Mendez (Badge #58), Officer Whelan (Badge #24), Officer Gallagher (Badge #25), and Officer Mahoney (Badge #40) through the U.S. Marshals Service, the Clerk of Court is instructed to fill out a U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for each Defendant. The Clerk of Court is further instructed to issue summonses and deliver to the Marshals Service all the paperwork necessary for the Marshals Service to effect service upon Defendants.

If the complaint is not served within 90 days after the date summonses are issued, Plaintiff should request an extension of time for service. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012) (holding that it is the plaintiff's responsibility to request an extension of time for service).

Plaintiff must notify the Court in writing if her address changes, and the Court may dismiss the action if Plaintiff fails to do so.

## CONCLUSION

The Clerk of Court is directed to mail an information package to Plaintiff.

The Clerk of Court is further instructed to issue summonses for Defendants Mendez, Whelan, Gallagher, and Mahoney, complete a USM-285 form with the address for each Defendant, and deliver to the U.S. Marshals Service all documents necessary to effect service.

Plaintiff may consent to accept service of documents in this case by email, instead of regular mail, by completing the attached form, Consent to Electronic Service.

SO ORDERED.

Dated:  August 26, 2205
        White Plains, New York

                                                    CATHY SEIBEL
                                          United States District Judge

Case 7:25-cv-06731-CS   Document 6   Filed 08/26/25   Page 3 of 5

**SERVICE ADDRESS FOR EACH DEFENDANT**

1. Officer Angel Mendez (Badge #58)
   Town of Montgomery Police Department
   110 Bracken Road
   Montgomery, NY 12549

2. Officer Whelan (Badge #24)
   Town of Montgomery Police Department
   110 Bracken Road
   Montgomery, NY 12549

3. Officer Gallagher (Badge #25)
   Town of Montgomery Police Department
   110 Bracken Road
   Montgomery, NY 12549

4. Officer Mahoney (Badge #40)
   Town of Montgomery Police Department
   110 Bracken Road
   Montgomery, NY 12549

# CONSENT TO ELECTRONIC SERVICE

I hereby consent to receive electronic service of notices and documents in my case(s) listed below. I affirm that:

1. I have regular access to my e-mail account and to the internet and will check regularly for Notices of Electronic Filing;

2. I have established a PACER account;

3. I understand that electronic service is service under Rule 5 of the Federal Rules of Civil Procedure and Rule 5.2 of the Local Civil Rules, and that I will no longer receive paper copies of case filings, including motions, decisions, orders, and other documents;

4. I will promptly notify the Court if there is any change in my personal data, such as name, address, or e-mail address, or if I wish to cancel this consent to electronic service;

5. I understand that I must regularly review the docket sheet of my case so that I do not miss a filing; and

6. I understand that this consent applies only to the cases listed below and that if I file additional cases in which I would like to receive electronic service of notices of documents, I must file consent forms for those cases.

**Civil case(s) filed in the Southern District of New York:**

Please list all your pending and terminated cases to which you would like this consent to apply. For each case, include the case name and docket number (for example, John Doe v. New City, 10-CV-01234).

_____

_____

_____
Name (Last, First, MI)

_____
Address            City            State            Zip Code

_____
Telephone Number            E-mail Address

_____
Date            Signature

**Click Here to Save**