UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GLORIA LUCIANO,

Plaintiff,

-against-

Civil File No.: 25CV6731 (LEK/ML)

OFFICER MENDEZ, Shield #58,
OFFICER GALLAGHER, Shield #25,
OFFICER WHELAN, Shield #24
OFFICER MAHONEY, Shield #40

Defendants.

---

**IT IS HEREBY ORDERED**, based upon the Stipulation of all counsel hereto, that a Protective Order shall be entered herein as follows:

The parties believe certain discovery or other information produced or disclosed to the opposing party is confidential and is, therefore, produced subject to an order of confidentiality, or Protective Order. All such documents or other tangible items produced shall be clearly stamped or labeled to indicate that such material is subject to Protective Order, and testimony or other types of information based upon such documents or tangible items shall be similarly designated in clear terms.

**The items that are subject to this Confidentiality Agreement are as follows:**

1. **Any and all medical and/or mental health records of plaintiff, Gloria Luciano**
2. **Any and all employment and/or earnings records of plaintiff, Gloria Luciano**

Plaintiff agrees to provide HIPAA authorizations for the release of any and all medical and mental health records for those injuries and/or conditions claimed or directly at issue in this matter for a period of 5 years prior to the subject incident to present. Plaintiff further agrees to provide authorizations for the release of employment and/or earnings records for a period of 5 years prior to the subject incident to present.

Information and documents subject to this Order may be disclosed only to a party, attorneys for a party and their paralegal and clerical staff, the insurance company for a party to this litigation, and experts retained by a party for assistance in trial preparation or for testimony. In the case of information and documents being shared with a party and/or expert(s) retained by a party, acknowledgment of this Order and of the expert's agreement to be bound by it shall be in writing addressed to and maintained by the retaining party's counsel in the form of an affidavit attached hereto as Exhibit A. Disclosure shall be made to such persons only as necessary for the prosecution of this lawsuit and only after the person to whom disclosure is made has been informed about this Order. Designated information shall not be disclosed to any person or in any manner not specified in this Order or used for any purpose other than the prosecution of this lawsuit.

Information and documents subject to this Order may be used for purposes of this litigation only. Each person to whom the disclosure of any Confidential Information is made shall not, directly or indirectly, use, disclose or disseminate or attempt to use, disclose or disseminate, any of the same except as expressly provided herein.

The parties shall act to preserve the confidentiality of designated information. All transcripts, depositions, exhibits, other pleadings or filings in this action which contain or otherwise set forth documents, information or other materials or the contents thereof, which have been previously designated by a party as confidential, shall likewise be subject to the terms of this Protective Order. Any such transcripts, depositions, exhibits, pleadings or other such documents or materials containing such confidential information, which are filed with the Court, shall be filed in sealed envelopes or other sealed containers which shall bear the caption of this action, an indication of the nature of the contents of such sealed envelope or container, the words

"CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER"

and a statement substantially stating that the envelope or container is not to be opened, nor the contents thereof to be displayed or revealed, except by express order of the Court.

This Order shall not preclude the parties from exercising any rights or raising any objections otherwise available to them under the rules of discovery and evidence.

This Order shall not preclude the Court or its personnel from reviewing any documents or information designated as confidential or proprietary as necessary for the conduct of this litigation.

The provisions of this Order shall not terminate at the conclusion of this action.

Upon termination of a party's involvement in this lawsuit, by judgment, settlement or otherwise, the receiving party shall destroy all documents and information subject to this Order, including all copies, prints, and other reproductions of such information, in the possession of the receiving party, its counsel and staff, and its retained experts.

It is agreed that any breach of this Order may give rise to a right to injunctive relief and/or sanctions, as deemed appropriate by the Court.

**IT IS SO STIPULATED:**


Gloria Luciano
*Pro Se Plaintiff*
202 St. Andrews Rd.
Apt. 1
Walden, NY 12586
(845) 636-0622

BURKE, SCOLAMIERO & HURD, LLP

Judith Aumand, Esq.
*Attorneys for Defendants*
7 Washington Square
PO Box 15085
Albany, New York 12212-5085
(518) 862-1386


**IT IS SO ORDERED.**

~~United States of America~~ XXXXXXXXXXXXX
Southern District of New York
US. District Judge

Dated: October 28, 2026

## EXHIBIT A TO PROTECTIVE ORDER
## EXPERT CONFIDENTIALITY PLEDGE

I, ____________________________, declare that:

My present employer is ________________________________________ and the address of my present employer is __________________________________________.

My present occupation or job description is _________________________________________ ___________________________________________________________________________________.

I have received a copy of the Protective Order in this action signed by the Court, and I have carefully read and understand the provisions of the Confidentiality Order. I will comply with all of the provisions of the Confidentiality Order.

I will hold in confidence and will not disclose to anyone not qualified under the Confidentiality Order and will use only for the purposes of this action, any CONFIDENTIAL MATERIALS that are disclosed to me. I will take the appropriate steps and assume full responsibility to assure that any other people, e.g., technical, clerical or secretarial personnel, working for me will abide by the Protective Order.

I will return all CONFIDENTIAL MATERIALS, which come into my possession, and documents or things I have prepared relating thereto, to counsel when requested to do so by that counsel.

I declare further, I understand, if I violate the provisions of the Confidentiality Order, I may be subject to sanctions by the Court.

I hereby submit to the jurisdiction of this Court for the purpose of enforcement of the Confidentiality Order in this action.

Executed on: __________________ _____________________________________
(Signature)